

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-15-00289-CR

Rodney Joe **GARRETT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3151
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant has filed a pro se motion requesting a copy of his trial transcripts for purposes of filing a post-conviction writ of habeas corpus. This court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. See Tex. Code Crim. Proc. art. 11.07; In re Coronado, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Court of Criminal Appeals. See Tex. Code Crim. Proc. art. 11.07. In order to obtain a free copy of the record, appellant would need to file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. See United States v. MacCollom, 426 U.S. 317, 326 (1976); Escobar v. State, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.). Appellant's motion is DENIED without prejudice to seeking relief in the proper court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.



Keith E. Hottle
Clerk of Court